# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-73-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| RACHELLE JO KOLDEN, | |
| Defendant. | |

Defendant, Rachelle Jo Kolden, having filed an Unopposed Motion to Appear via Video (Zoom) for Hearing; IT IS HEREBY ORDERED the Defendant, Rachelle Jo Kolden may appear via video using Zoom for the Hearing, currently scheduled for Wednesday, October 19, 2022, at 10:00 a.m. Defense counsel will contact the Clerk of Court with the Zoom link.

DATED this 13th day of October, 2022.

_Brian Morris_
Brian Morris, Chief District Judge
United States District Court

1