IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RACHELLE JO KOLDEN,<br><br>Defendant. | Case No. CR 20-73-GF-BMM<br><br>**ORDER<br>AMENDING JUDGMENT** |

Defendant Rachelle Jo Kolden filed a Motion to Amend the Judgment. (Doc. 41.) The Government opposes the Motion. (Doc. 44.) The Court held a hearing on the matter on October 19, 2022. (Doc. 47.) Defendant Kolden is in custody and appeared by phone. (*Id*.)

IT IS HEREBY ORDERED that the Judgment (Doc. 34) shall be amended to read as follows:

"The Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 68 months. This term shall run concurrent with any other outstanding state sentence in Missoula County District Court. Ms. Kolden will be given credit for time served from the date of her transfer to federal custody on October 6, 2020."

DATED this 19th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court